IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01386–WJM–KMT

LANDMARK AMERICAN INSURANCE COMPANY,

      Plaintiff/Counterclaim Defendant,

v.

VO REMARKETING CORP.,

      Defendant/Counterclaim Plaintiffs,

and

KAYE LAURA TIBBE,

      Defendant.

**MINUTE ORDER**
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant VO Remarketing Corp.'s Unopposed Motion to Amend Counterclaim" (Doc. No. 36, filed Oct. 2, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).   The Clerk of Court is directed to file "Defendant VO Remarketing Corp.'s Amended Counterclaim" (Doc. No. 36-3).

Dated: October 10, 2013