**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-01386-WJM-KMT

LANDMARK AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

VO REMARKETING CORP., and
KAYE LAURA TIBBE,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Plaintiff's Motion for Judgment on the Pleadings, entered by the Honorable William J. Martínez, United States District Judge, on June 13, 2014,

    IT IS ORDERED that Plaintiff's Motion for Judgment on the Pleadings (ECF No. 32) is GRANTED.

    IT IS FURTHER ORDERED that VO Remarketing Corp.'s Counterclaims are DISMISSED WITH PREJUDICE.

    IT IS FURTHER ORDERED that Judgment is entered in favor of Plaintiff and against the Defendants VO Remarketing Corp. and Kaye Laura Tibbe on all claims.

    IT IS FURTHER ORDERED that Plaintiff shall have its costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado, this   16th    day of June 2014.

                                                BY THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By:  s/Deborah Hansen
                                                Deborah Hansen, Deputy Clerk